

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS AND TEXAS DEPARTMENT OF TRANSPORTATION, | § | No. 08-18-00017-CV |
| | § | Appeal from the |
| Appellants, | | |
| v. | § | 384th District Court |
| RAFAEL NAVARRETTE, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV3084) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's judgment denying Appellants' motion to dismiss Appellee's bill of review. We therefore reverse the trial court's January 24, 2018 judgment denying Appellants' motion to dismiss Appellee's bill of review for lack of jurisdiction and render judgment dismissing Appellee's bill of review.

We further order that Appellants recover from Appellee the appellate costs incurred by Appellants, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, J., and Larsen, J. (Senior Judge)
Rodriguez, C.J., dissenting
Larsen, J. (Senior Judge), sitting by assignment